## United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MYH | E 2137674 | Zweck | 323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 06/10/2025  .1030 | MTA 21-801.1 |

Place of Offense

Porter Street Fort Detrick MD                                HAZMAT ☐

Offense Description: Factual Basis for Charge

MTA 21-801.1
Exceed max speed 37mph in a 25mph zone

### DEFENDANT INFORMATION  Phone: (79 )262-4753 ███████

| Last Name | | |
|---|---|---|
| Scott | John | Joseph |

Street Address
████████████████████

| Tag No. | State | Year | Make/Model | | Color |
|---|---|---|---|---|---|
| 9AX6429 | MD | ░░ | Ford | | Black |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☐ If Box A is checked, you must appear in court. See instructions.

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 80 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

$ 160 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 1520 Freedman Drive Fort Detrick MD 21702 | TBD |
| | Time |
| | TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E2137674*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 06, 2025 while exercising my duties as a law enforcement officer in the Fort Detrick, District of Maryland

On 20251006 At 1030 HRS I observed a black Ford Bronco MD REG 9AX6429 traveling E/B on Porter at a High Rate of speed. My visual observation was confirmed by RADAR with an Audio/Digital display of 37mph in a clearly posted 25mph zone. I activated my emergency Equipment and conducted a traffic stop. I identified the operator Scott by their driver's license. They tried to say they were late to a doctor's appointment that was why they where going so fast.

The foregoing statement is based upon:

☑ my personal observation  ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/06/2025   [Officer's Signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident